UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


LUIS RALPHY TORRES,

       Petitioner,

v.                                                          Case No. 3:18-cv-1337-MMH-JBT

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

       Respondents.

_____

### ORDER

In light of the opinion entered by the Eleventh Circuit Court of Appeals,

the **Clerk** is directed to reopen the case. See Opinion (Doc. 15); Mandate (Doc.

16).

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of

October, 2023.

MARCIA MORALES HOWARD
United States District Judge


Jax-9 10/16
c:    Luis Ralphy Torres, #J41951
       Counsel of record